UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CECIL POUNCEY, III** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-5288** |
| **ROBERT TANNER, CCE, WARDEN**<br>**22ND JUDICIAL DISTRICT COURT** | **SECTION "I"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Cecil Pouncey, III's petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 9th day of June, 2014.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**